UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: JAMES F. SULLIVAN, ESQ. - 2506

---

MARVIN WILLIAMS

                                                Plaintiff(s)          Index #: 2:20-CV-03127-JS-ARL

                    -against-
                                                                      Date Filed:

MIRACLE MILE PROPERTIES 2 LLC, ETAL
                                                                      **AFFIDAVIT OF SERVICE**
                                                Defendant(s)

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO
THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW
YORK.
That on July 27, 2020 at 10:22 AM at

C/O MIRACLE MILE PROPERTIES 2 LLC
287 NORTHERN BLVD. SUITE 110
GREAT NECK, NY 11021

deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on
JOSEF GOLYAN, the defendant/respondent therein named,

**SUITABLE**    by delivering thereat a true copy/copies of each to DANIEL TUBIAN a person of suitable age and discretion. Said
**AGE**         premises is the defendant's/respondent's actual place of business within the state. He identified himself as the CO-
                WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|------------|---------------|------------------|-----------------|
| MALE | TAN | SALT & PEPPER | 60 | 6'0 | 175 |

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at
               the defendant's/respondent's actual place of business at

               C/O MIRACLE MILE PROPERTIES 2 LLC
               287 NORTHERN BLVD. SUITE 110
               GREAT NECK, NY 11021

               and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
               Postal Service within New York State on July 28, 2020 by REGULAR FIRST CLASS MAIL in an envelope marked
               PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the
               communication is from an attorney or concerns an action against the party to be served.

**MILITARY**   Person spoken to was asked whether the defendant was in the military service of the State of New York or the United
**SERVICE**    States and received a negative reply. Upon information and belief based upon the conversation and observation as
               aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as
               that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  July 28, 2020

Linda Forman                    Robin Forman                    Gotham Process Inc.              **DAVID KLEINBERG**
Notary Public, State of New York    Notary Public, State of New York    299 Broadway
No. 01FO5031305                 No. 01FO6125415                 New York NY  10007
Qualified in New York County    Qualified in New York County
Commission Expires August 1, 2022    Commission Expires April 18, 2021                          Docket #:      *1160819*