State of New York - Department of State
Receipt for Service

Receipt #: 202008050335  
Date of Service: 07/20/2020  
Service Company: HF TEITEL SERVICE BUREAU, INC.

Cash #: 202008050217  
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: MIRACLE MILE PROPERTIES 2 LLC

Plaintiff/Petitioner:
    WILLIAMS, MARVIN

Service of Process Address:  
BIJAN GOLYAN  
287 NORTHERN BLVD  
SUITE 110  
GREAT NECK, NY 11021

Secretary of State  
By SUE ZOUKY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARVIN WILLIAMS,

                          Plaintiff,

-against-

MIRACLE MILE PROPERTIES 2 LLC, ET AL.,

                          Defendants.

Civil Action No.:
2:20-cv-03127 (JS)(ARL)

AFFIDAVIT OF SERVICE

State of New York)
               SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 20th day of July, 2020 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action and Complaint on **MIRACLE MILE PROPERTIES 2 LLC** by delivering and leaving with ___Sue Zouky___, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | ✓ White | ✓ Light | __ 20-30 | ✓ 5'-5'5" | ✓ 100-150 |
| ✓ Female | __ Black | __ Medium | __ 31-40 | __ 5'6"-6' | __ 151-200 |
|  | __ Other | __ Dark | __ 41-50 | __ 6'1"-6'5" | __ 200-250 |
|  |  |  | __ 51-60 | __ 6'6"+ | __ 250+ |
|  |  |  | ✓ 61-70 |  |  |

Sworn to before me this 20th day of
July, 2020

_Hilary Teitel_
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

_Jeffrey Teitel_
Jeffrey Teitel