| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT: NEW YORK | Case No. 2:20-CV-03127-JS-ARL |

MARVIN WILLIAMS

                Plaintiff,

      - against -                             **CERTIFICATE OF DEFAULT**

MIRACLE MILE PROPERTIES 2 LLC,
MIRACLE MILE PROPERTIES 4 LLC,
PARI GOLYAN, KOUROSH GOLYAN,
JOSEF GOLYAN, AND FARAIDOON GOLYAN,

                Defendants.

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants, MIRACLE MILE PROPERTIES 2 LLC, MIRACLE MILE PROPERTIES 4 LLC, PARI GOLYAN, KOUROSH GOLYAN, JOSEF GOLYAN, AND FARAIDOON GOLYAN, have not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: December __9__, 2020
         Central Islip, New York

                                          DOUGLAS C. PALMER, Clerk of Court

                                          By: __/s/ James J. Toritto_____
                                                   Deputy Clerk